UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

VS.  CASE NO: 2:15-cr-58-FtM-38CM

RIDWAN O KEKERE-EKUN

### ORDER

This matter comes before the Court on Stipulated Notice to the Court Regarding Restitution (Doc. #22) filed on September 21, 2015.  The Government moves the Court to correct an error in the parties' calculation of the restitution amounts.  During sentencing the Court, based upon the representation of the parties, ordered restitution in the amount of $82,428,83.  However, it appears the calculations were incorrect.  The parties have agreed the true restitution amount should be $83,788.18.  The amount reflects losses by a number of victims, including losses by companies in the business of issuing credit cards. After considering the stipulation filed by Counsel, the Court will grant the relief requested.

Accordingly, it is now

**ORDERED:**

The Stipulated Notice to the Court Regarding Restitution is **GRANTED**.  The Judgment should reflect the true amount of restitution to be $83,788.18

**DONE AND ORDERED** at Fort Myers, Florida, this September 25, 2015.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record